```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

NATALY RODRIGUEZ,                           25-cv-1423 (JGK)

              Plaintiff,            ORDER

    - against -

LANAS FAMILY CORP., ET AL.,

              Defendants.

**JOHN G. KOELTL**, District Judge:

    Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for defendants to answer was April 17, 2025. To date, no answers have been filed.

    The time for the defendants to answer or respond to the complaint is extended to **May 5, 2025**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

    The plaintiffs should serve a copy of this Order on each of the defendants and file proof of service on the docket by **April 28, 2025**.

SO ORDERED.

Dated:    New York, New York
           April 21, 2025

                                      John G. Koeltl
                              United States District Judge