```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------

NATALY RODRIGUEZ,

              Plaintiff,

        - against -

LANAS FAMILY CORP. D/B/A ESTRELLITA POBLANA, ET AL.,

              Defendants.

25-cv-1423 (JGK)

ORDER

------------------------------------------------------

**JOHN G. KOELTL, District Judge:**

    The original time for the defendants in this action to answer was April 17, 2025. On April 21, 2025, this Court extended the time for the defendants to answer or respond to the complaint to May 5, 2025. See ECF No. 12. Pursuant to the Court's April 21, 2025 Order, the plaintiff has filed proof that the Order extending the time to answer was mailed to the defendants. See ECF No. 14. To date, no answer has been filed. Accordingly, the plaintiff is directed to file a proposed order to show cause for a default judgment in accordance with the Local Rules and this Court's Individual Practices by **May 21, 2025.**

SO ORDERED.

Dated:    New York, New York
            May 7, 2023

                                                      John G. Koeltl
                                           United States District Judge