```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

NATALY RODRIGUEZ,

                Plaintiff,

      - against -

LANAS FAMILY CORP., ET AL.,

                Defendants.

---

25-cv-1423 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

On May 13, 2025, the Clerk of Court issued certificates of default as to the defendants Lanas Family Corp., Angela Gonzalez, and Hector Gonzalez. ECF Nos. 20-22. On May 27, 2025, the Court entered an order to show cause why a default judgment should not be entered against the defendants. ECF No. 27. The plaintiff served the order to show cause on the defendants the next day. ECF No. 28. The time to respond to the order to show cause was June 13, 2025, see ECF No. 28, but to date, the defendants have failed to respond. Accordingly, the plaintiff Nataly Rodriguez is entitled to a default judgment against the defendants. The case is referred to the Magistrate Judge for an inquest to determine the appropriate damages to be awarded, as well as any other provisions of an appropriate judgment.

SO ORDERED.

Dated: New York, New York
       June 21, 2025

                                          _____
                                          John G. Koeltl
                                        United States District Judge