UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NATALY RODRIGUEZ,

                Plaintiff(s)

     -against-

LANAS FAMILY CORP., et al,

                Defendant(s).
------------------------------------------------------------X

25 civ 1423 (JGK)

## ORDER

The conference scheduled for Wednesday, July 2, 2025, at 3:00pm, is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       June 25, 2025