```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────────

NATALY RODRIGUEZ,

                                                          **25-cv-1423 (JGK)**

                  **Plaintiff,**

                                                          <u>ORDER</u>

      - against -

**LANAS FAMILY CORP., ET AL.,**

                  **Defendants.**

───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The Court received the parties' status report indicating that the parties have reached a settlement. ECF No. 34. The parties should submit a letter to the Court explaining why the settlement in this case is fair, reasonable, and adequate. <u>See</u> <u>Cheeks v. Freeport Pancake House, Inc.</u>, 796 F.3d 199, 200 (2d Cir. 2015).

    The letter should be submitted by **September 5, 2025.**

**SO ORDERED.**

**Dated:**    **New York, New York**
               **August 22, 2025**

                                                      /s/ John G. Koeltl
                                                  **John G. Koeltl**
                                **United States District Judge**