UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
NATALY RODRIGUEZ, *individually and on behalf of others similarly situated,*

                *Plaintiff,*

    -against-

LANAS FAMILY CORP. (d/b/a ESTRELLITA POBLANA), HECTOR GONZALEZ, and ANGELA GONZALEZ,

                *Defendants,*
------------------------------------------------------------X

Civil Action No. 1:25-cv-01423

**[Proposed Form Of] JUDGMENT**

## **JUDGMENT**

On August 25, 2025, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, NATALY RODRIGUEZ, has judgment against LANAS FAMILY CORP. (d/b/a ESTRELLITA POBLANA), HECTOR GONZALEZ, and ANGELA GONZALEZ, jointly and severally, in the amount of Thirty-Five Thousand Dollars and Zero Cents ($35,000.00), which is inclusive of attorneys' fees and costs.

Dated: _____, 2025

                                            _____
                                                HON. HENRY J. RICARDO
                                                U.S. MAGISTRATE JUDGE