UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATALY RODRIGUEZ,

               Plaintiff,

     - against -

LANAS FAMILY CORP., ET AL.,

               DefendantS.

25-cv-1423 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties were directed to submit a letter explaining why the settlement in this case is fair, reasonable, and adequate by September 5, 2025. See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 200 (2d Cir. 2015).

    To date, the Court has not received parties' letter. The time to submit the letter is extended to **September 19, 2025**.

SO ORDERED.

Dated:    New York, New York
           September 9, 2025

                                     John G. Koeltl
                            United States District Judge