UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NATALY RODRIGUEZ, *individually and on behalf of others similarly situated,*

                *Plaintiff,*

-against-

LANAS FAMILY CORP. (d/b/a ESTRELLITA POBLANA), HECTOR GONZALEZ, and ANGELA GONZALEZ,

                *Defendants,*
-----------------------------------------------------------------X

Civil Action No. 1:25-cv-01423

[~~Proposed Form Of~~]
**JUDGMENT**

## JUDGMENT

On August 26, 2025, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, NATALY RODRIGUEZ, has judgment against LANAS FAMILY CORP. (d/b/a ESTRELLITA POBLANA), HECTOR GONZALEZ, and ANGELA GONZALEZ, jointly and severally, in the amount of Thirty-Five Thousand Dollars and Zero Cents ($35,000.00), which is inclusive of attorneys' fees and costs.

Dated: 9/18, 2025

_____
~~HON. HENRY J. RICARDO~~
~~U.S. MAGISTRATE JUDGE~~
JOHN G. KOELTL
U.S. DISTRICT JUDGE